UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLOTTE BEA PALM,

    Plaintiff,

v.                                        Case No:   2:17-cv-395-FtM-29CM

ROBERT SWAN MUELLER, III , BARACK HUSSEIN OBAMA, JOHN OWEN BRENNAN, PORTER JOHNSTON GOSS, ERIC HIMPTON HOLDER, JR. , JOHN E. STEELE, ANITA KELLY ANDREWS, PATRICIA E. ANDREWS, MARK B. ANDREWS, JR. , MARK F. HEARNE, II , AMETHYST TRUST, PILLAR FOUNDATION, CHRISTOPHER A. WRAY, JAMES BRIEN COMEY, GEORGE W. BUSH, JR. , GEORGE JOHN TENET, JOHN MARK DEUTCH, JIM RONSINSKI, ADAM WILKINSON, MIKE J. SCOTT, KURT GRAF, DANA COSTA, STEPHEN BURKHART, JOHN SZERLAG, DAVID NEWLAN, LISA BARNES, CAPE CORAL POLICE DEPARTMENT, LEE COUNTY SHERIFF'S OFFICE, LEE HEALTH SYSTEM, SALUSCARE, INC., JANICE L. STEPNOSKI, THE UNITED STATES OF AMERICA, THE FEDERAL BUREAU OF INVESTIGATION, THE CENTRAL INTELLIGENCE AGENCY, THE UNITED STATES ARMED SERVICES and THE SUPREME COURT OF THE UNITED STATES OF AMERICA,

Defendants.

## REPORT AND RECOMMENDATION[1]

This matter comes before the Court upon review of the file. On August 8, 2017, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* and directed Plaintiff to pay the filing fee and file an amended complaint consistent with the Order on or before August 29, 2017. Doc. 7. The Court noted that Plaintiff's "[f]ailure to comply with this Order will result in the Court recommending that this matter be dismissed." *Id.* at 11. Plaintiff did not pay the filing fee or file an amended complaint within the time permitted. On September 6, 2017, the Court ordered Plaintiff to show cause on or before September 20, 2017[2] as to why this case should not be dismissed for her failure to prosecute and to comply with the Order (Doc. 7). Doc. 8. The Court again noted that "[f]ailure to respond to this Order to Show Cause will result in the Court recommending that this matter be dismissed." *Id.* As of this date, Plaintiff has not responded to the Order to Show Cause, paid the filing fee or filed an amended complaint.

Although Plaintiff is proceeding *pro se*, she still is required to conform to the Federal Rules of Civil Procedure and the Local Rules. *See Dash v. Chasen*, 503 F.

---

[1] A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

[2] Out of abundance of caution, the Court waited for Plaintiff's response several more weeks after the deadline had expired because of the disruption caused by the hurricane. Yet, Plaintiff has not responded to the Order to Show Cause.

Appx. 791, 795 n.1 (11th Cir. 2013) (explaining that *pro se* litigants still are required to conform to procedural rules). She also was cautioned that her failure to comply with the Court's prior Orders within the time permitted would result in the Court recommending that this action be dismissed.

ACCORDINGLY, it is respectfully

**RECOMMENDED:**

1. this action be **DISMISSED without prejudice**; and

2. the Clerk be directed to close the file.

**DONE** and **ENTERED** in Fort Myers, Florida on this 4th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Unrepresented parties