UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHARLOTTE BEA PALM,

    Plaintiff,

v.                          Case No: 2:17-cv-395-FtM-29CM

ROBERT SWAN MUELLER, III, Former Director of FBI, BARACK HUSSEIN OBAMA, Former President of the United States, JOHN OWEN BRENNAN, Former Director of CIA, PORTER JOHNSTON GOSS, Former Director of CIA, ERIC HIMPTON HOLDER, JR., Former U.S. Attorney General, JOHN E. STEELE, US District Court, Middle District of Florida, ANITA KELLY ANDREWS, HSU, Associate of Porter Goss, PATRICIA E. ANDREWS, Trustee of Amethyst Trust, MARK B. ANDREWS, JR., Associate of Porter Goss, MARK F. HEARNE, II, Trustee of Pillar Foundation, AMETHYST TRUST, PILLAR FOUNDATION, CHRISTOPHER A. WRAY, Nominee for Director of FBI, JAMES BRIEN COMEY, Former Director of FBI, GEORGE W. BUSH, JR., Former President of the United States, GEORGE JOHN TENET, Former Director of CIA, JOHN MARK DEUTCH, Former Director of CIA, JIM RONSINSKI, Agent, FBI, ADAM WILKINSON, US Marshal, MIKE J. SCOTT, Sheriff of Lee County, Florida, KURT GRAF, Captain,

Cape Coral Police Department, DANA COSTA, Cape Coral Police Department, STEPHEN BURKHART, Cape Coral Police Department, JOHN SZERLAG, City Manager of Cape Coral, Florida, DAVID NEWLAN, Chief of Police, Cape Coral Police Department, LISA BARNES, Deputy Chief, Cape Coral Police Department, CAPE CORAL POLICE DEPARTMENT, LEE COUNTY SHERIFF'S OFFICE, LEE HEALTH SYSTEM, SALUSCARE, INC., JANICE L. STEPNOSKI, Social Worker, THE UNITED STATES OF AMERICA, THE FEDERAL BUREAU OF INVESTIGATION, THE CENTRAL INTELLIGENCE AGENCY, THE UNITED STATES ARMED SERVICES, and THE SUPREME COURT OF THE UNITED STATES OF AMERICA,

    Defendants.

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #9), filed October 4, 2017, recommending that the action be dismissed without prejudice. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After repeatedly failing to respond to the Magistrate Judge's Orders, it is recommended that the case be dismissed. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #9) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice for failure to prosecute.

3. The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___25th___ day of October, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties